# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GLAND ELLIOT**                                                                  **PLAINTIFF**

v.                          No. 3:13-cv-251-DPM

**CITY OF OSCEOLA, ARKANSAS**
**and CHRISTOPHER ELLIS**                                 **DEFENDANTS**

### ORDER

Elliot has filed a federal civil rights lawsuit *pro se*, that is, without the help of a lawyer. There are the rules and procedures that *pro se* plaintiffs must follow in order to proceed with their lawsuits. The Court encourages Elliot to familiarize himself with the rules outlined below.

**1. Follow All Court Rules.** A *pro se* plaintiff must comply with the Federal Rules of Civil Procedure, as well as Local Rules for the Eastern District of Arkansas. A copy of these rules can be found in the jail library. In particular, Local Rule 5.5(c)(2) explains requirements for plaintiffs who are not represented by a lawyer:

- You must promptly notify the Clerk and the other parties in the case of any change in address. You must inform the Court if you are transferred from one unit to another. Notifying the Court of your change in address is especially important if you are released from custody while your lawsuit is pending. If you do not keep the Court informed of your current address, your lawsuit can be dismissed.

- You must monitor the progress of your case and prosecute the case diligently.

- You must sign all pleadings and other papers filed with the Court, and each paper you file must include your current address.

- If a *pro se* plaintiff does not respond to a communication from the Court within thirty days, the case may be dismissed without prejudice.

**2. No Right to Appointed Counsel.** This is a civil case. Unlike criminal cases, there is no right to have an appointed lawyer in a civil case. If this case proceeds to a jury trial, however, a lawyer will be appointed to assist you before trial.

**3. Do Not File Discovery Requests with the Court.** Discovery requests, such as interrogatories and requests for documents, should not be filed with the Court. Instead, discovery requests should be sent to counsel for

the defendant (or directly to the defendant if he or she is not represented by a lawyer). No discovery should be sent to a defendant until that defendant has been served with the complaint.

**4. Do Not Send Documents to the Court Except in Two Situations.** You may send documents or other evidence to the Court only if it is attached to a motion for summary judgment or in response to a motion for summary judgment, or if the Court orders you to send documents or other evidence.

**5. Provide a Witness List.** If your case is set for trial, as your trial date approaches, you will be asked to provide a witness list. After reviewing the witness list, the Court will subpoena the necessary witnesses.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*13 December 2013*