IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLAND ELLIOT                                                              PLAINTIFF

v.                              No. 3:13-cv-251-DPM

CITY OF OSCEOLA, ARKANSAS
and CHRISTOPHER ELLIS                                         DEFENDANTS

ORDER

The Court directed Elliot to file an amended complaint by 13 January 2014. № 4. Since that time, Elliot has notified the Court of a change of address three times, № 5, 7, & 8. It is unclear whether Elliot received the Court's earlier Order. The Court therefore directs the Clerk to mail Elliot copies of № 4 and the docket sheet. Elliot's time to file an amended complaint as directed in № 4 is extended until 18 April 2014. If he does not do so, the Court will dismiss his complaint without prejudice. Local Rule 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 March 2014