IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLAND ELLIOT                                                                                    PLAINTIFF

v.                                          No. 3:13-cv-251-DPM

CITY OF OSCEOLA, ARKANSAS
and CHRISTOPHER ELLIS                                                              DEFENDANTS

ORDER

This case has been troubled by mailing problems. Elliot has notified the Court of a change of address three times, № 5, 7, & 8, and he has just changed his address again, № 10. Each time Elliot has moved between two addresses: 685 NCR 599, Luxora, AR 72358, and 341 N. St. Mary, Osceola, AR 72370. It is unclear whether Elliot has received the Court's earlier Order, № 4. The Court therefore directs the Clerk to mail Elliot copies of this Order, № 4, and the docket sheet to both addresses. Elliot's time to file an amended complaint as directed in № 4 is extended until 21 April 2014. If he does not do so, the Court will dismiss his complaint without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 April 2014