IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLAND ELLIOTT                                                      PLAINTIFF

v.                         No. 3:13-cv-251-DPM

CHRISTOPHER ELLIS                                                  DEFENDANT

### ORDER

The summons for Christopher Ellis was returned unexecuted. № 15. Elliot has filed a new address for Ellis. № 16. The Court therefore directs the Clerk to prepare a new summons for Christopher Ellis. The Court directs the United States Marshal to serve copies of the complaint, amended complaint, addendum, № 2, 12, & 13, and a summons, on Ellis without requiring prepayment of fees and costs or security, at the new address—401 West Keiser, Osceola, AR 72370.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 July 2014