IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLAND ELLIOTT**                                                                                  **PLAINTIFF**

v.                                      No. 3:13-cv-251-DPM

**CHRISTOPHER ELLIS**                                                                  **DEFENDANT**

### ORDER

1. Elliott's motion for copies, № 36, is granted. The Court directs the Clerk to send Elliott a copy of all filings and of the docket sheet.

2. Ellis's motion for extension, № 37, is granted as modified. Any dispositive motion by any party is due by 20 July 2015.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 June 2015