IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLAND ELLIOTT**                                                                                    **PLAINTIFF**

v.                                            No. 3:13-cv-251-DPM

**CHRISTOPHER ELLIS**                                                                      **DEFENDANT**

# ORDER

1. Elliott's address recently changed again. № 40. The Court directs the Clerk to send Elliott a copy of all filings and the docket sheet to his new address.

2. Because of the change of address, the Court grants Elliot until 13 July 2015 to file any response to the pending Motion to Amend Answer, № 39.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

   29 June 2015