IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLAND ELLIOTT                                                                          PLAINTIFF

v.                                     No. 3:13-cv-251-DPM

CITY OF OSCEOLA, ARKANSAS, and
CHRISTOPHER ELLIS                                                                DEFENDANTS

## JUDGMENT

**1.** Gland Elliott's claims against the City of Osceola are dismissed without prejudice for failure to state a claim.

**2.** Elliott's claims against Christopher Ellis for the July 2013 arrest are dismissed without prejudice as *Heck*-barred.

**3.** Elliott's wrongful-arrest and retaliation claims against Ellis for the February 2013 and March 2014 arrests are dismissed with prejudice.

**4.** The remainder of Elliott's complaint is dismissed without prejudice for failure to state a claim.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2015